**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **CHRISTOPHER FLETCHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **26-13332-BEM** |
| **STEPHEN KENNEDY, Superintendent, et** ) | |
| **al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

**MURPHY, J.**

Christopher Fletcher, who is serving a sentence at the Souza Baranowski Correctional Center and proceeding *pro se*, filed this civil action but failed to pay the filing fee or to seek a waiver thereof.  On July 22, 2025, the Court informed Fletcher that to proceed with this action, he must either pay the $405.00 fee or seek leave to proceed without prepayment of the filing fee.  Dkt. 7.  On July 28, 2026, Fletcher paid the $405.00 filing fee.

The Clerk will be directed to issue summonses for service of the complaint on the defendants.  Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, plaintiffs may choose an alternative to serving the defendants with the summons and complaint by offering the defendants the option to waive service of the summons.  *See* Fed. R. Civ. P. 4(d).  The Clerk will be directed to provide Fletcher with copies of Rule 4, a blank Notice of Lawsuit and Request to Waive Service of Summons (form AO 398) and a blank Waiver of the Service of Summons (form

1

AO 399), Because Fletcher is not proceeding *in forma pauperis*, the United States Marshals Service will not be ordered to effect service of process and advance the costs of service.[1]

In accordance with the foregoing, the Court hereby orders:

1)      The Clerk shall issue summons for service of the complaint on the defendants.

2)      The Clerk shall provide the plaintiff with a courtesy copy of the complaint and the following forms:  (1) Notice of Lawsuit and Request to Waive Service of Summons (form AO 398) and (2) Waiver of the Service of Summons (form AO 399).

.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Dated: July 30, 2026                        Judge, United States District Court

---

[1] If Fletcher seeks to have service of process effected by the United States Marshals Service, he must submit a motion for leave to proceed *in forma pauperis* accompanied by a copy of his prison account statement along with a motion for service by the United States Marshals Service.